UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER JOINER,<br>          Plaintiff,<br>    v.<br>CITY & COUNTY OF SAN FRANCISCO,<br>          Defendant. | Case No. 16-cv-05260-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Roger Joiner filed a motion for leave to file a first amended complaint on September 15, 2017. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on September 29, 2017, but no such opposition has been received. <u>Defendant City and County of San Francisco is ordered to respond by **October 6, 2017** and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by October 6, 2017, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: October 2, 2017



Donna M. Ryu
United States Magistrate Judge